# BORIS B. MAIDEN
## ATTORNEY AT LAW
### 14 WEBSTER STREET   BROOKLINE MA 02446

BORIS B. MAIDEN*  
KEVIN P. KEEFE  
———————————  
OF COUNSEL  
KENNETH J. GOLDBERG  

*Also admitted in NY

PHONE: (617) 739-6977  
FAX:   (617) 739-6774


RE:   **North Atlantic Truck Group, LLC**

Dear Mr. Wouter van Everdingen,

    Please be advised that this office represents North Atlantic Truck Group, LLC.  Mr. Gimmelfarb, Manager of North Atlantic Truck Group, LLC forwaded your message of June 26, 2008.  In response to your message, I have looked at every communication between your company and North Atlantic Truck Group, LLC and noted that your company had required every booking prior to the one dated May 21, 2008 to be signed in order to construed by your company as binding to you and North Atlantic Truck Group, LLC. As you can see from the booking statement of May 21, 2008, it was never signed by any representative of North Atlantic Truck Group, LLC and thus it is not binding to any party.  Without a signature, what occurred between you was a discussion, not a contract or committment to ship 15 trucks.

    North Atlantic Truck Group, LLC denies that it had etered into a binding contract with your company for transportation of fifteen vehicles and is prepared to defend any potential litigation in connection with this matter.

    In light of the excellent working relationship between you and our client and to avoid additional expenditure of time and funds on both sides, North Atlantic Truck Group, LLC is prepared to ship 7 trucks to you in July and 8 trucks in August.

    Please advise at your earliest convenience whether this course of action is acceptable to you.

                                                                   Very truly yours,

                                                                    Boris Maiden


Cc: North Atlantic Truck Group, LLC