From: 212 952 0345     Page: 1/2     Date: 7/8/2008 9:39:38 AM

## NOURSE & BOWLES, LLP

One Exchange Plaza
at 55 Broadway
New York, NY 10006-3030
Telephone: (212) 952-6200

Facsimile: (212) 952-0345
E-Mail: reception@nb-ny.com
Web site: www.nb-ny.com

Writer's Direct Dial Telephone Number
(212) 952-6202
email: jvayda@nb-ny.com

Nourse & Bowles, LLP
115 Mason Street
Greenwich, CT 06830-6630
Telephone: (203) 869-7887
Facsimile: (203) 869-4535

Nourse & Bowles
75 Main Street, Suite 205
Millburn, NJ 07041-1322
Telephone: (973) 258-9811
Facsimile: (973) 258-1480

July 8, 2008

**VIA FACSIMILE**                                  617-739-6774

Boris B. Maiden, Esq.
14 Webster Street
Brookline, MA 02446

        Re:  North Atlantic Truck Group, LLC
             M/T TIMCA B/N May 21
             <u>M/T GENCA B/N May 21</u>

Dear Mr. Maiden,

      We are US counsel for Spliethoff. They have asked us to contact you concerning the failure of your client, North Atlantic Truck Group LLC to pay the freight due and owing with respect to the three shipments booked for the above vessel sailings.

      There is no question that your client has failed to pay the agreed sums. In fact we understand that the sole defense you have raised is the lack of a written contract. However, as you are no doubt aware, as a matter of US maritime law a maritime transportation contract may be oral. Dutch law is similar. The contracts to which your client agreed for these shipments, call for the Dutch jurisdiction and law.

      Please be advised and relay to your client that unless they pay the full unpaid freight of $188,597.44 or make a reasonable proposal for an amicable settlement before July 14, 2008, Spliethoff will exercise its full legal remedies against your client. Those remedies will include, among other things, institution of suit on the

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

From: 212 952 0345    Page: 2/2    Date: 7/8/2008 9:39:39 AM

merits in the Netherlands and institution of suit in any/all other jurisdictions to obtain an attachment order up to the full amount of the unpaid freight, interest and costs (see Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims) and/or other pre-judgment remedy.

Yours truly,

NOURSE & BOWLES, LLP

By: John P. Vayda

JPV/mb

2

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com