UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

North Atlantic Truck Group
_____
Plaintiff

Ocean Transport Services, et al                    Civil Action No. 08-11242
_____
Defendant

REQUEST FOR REASSIGNMENT

Not all parties having consented to the Magistrate Judge's jurisdiction, this case is returned to the Clerk to be redrawn to a District Judge.

_____
Marc K Duffy
Deputy Clerk

═══════════════════════════════════════════

NOTICE OF REASSIGNMENT

This case is reassigned to District Judge __Stearns__ for all further proceedings. If the trial judge issues an Order of Reference in any matter in this case to a Magistrate Judge, the matter will be transmitted to the previously assigned Magistrate Judge.

_____
Deputy Clerk