UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| North Atlantic Truck Group, LLC | ) | |
|     Plaintiff, | ) | CIVIL ACTION NO.: 1:08cv11242-RGS |
| | ) | |
| v. | ) | |
| | ) | |
| Ocean Transport Services LLC, et al., | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

## ORDER OF DISMISSAL

STEARNS, District Judge

   It is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety for failure to comply with the Court's Notice of May 27, 2009 and for want of prosecution.

BY THE COURT,

/s/ Terri Seelye
Deputy Clerk

DATED: March 18, 2010